656

FIRST INTER-STATE BANK, f/k/a Interstate Trust Company, also f/k/a First National Bank of White River Junction v. Raymond A. PHELAN, Weathersfield Farms, Inc. and Visualists/U.S.A., Inc., No. 301-80

September 25, 1980. Appeal dismissed.

Dorothy T. HOWARD v. CITY OF BARRE and Marcelino Setien, No. 72-79

September 30, 1980. Appeal dismissed. The parties shall bear their own costs in this Court.

CENTRAL VERMONT PUBLIC SERVICE CORP. v. Anthony DORIA, No. 21-80

September 30, 1980. Motion to dismiss appeal denied. The judgment below is affirmed, the confession of judgment for past debts not being within the prohibition of 9 V.S.A. § 2456.